JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRIS LANGER**, <br><br> Plaintiff, <br><br> v. <br><br> **AMERICANA PLAZA LLC**, a Delaware Limited Liability Company; **YUKO WATANABE**; **AULAKH & MULTANI, INC.**, a California Corporation; and Does 1-10; <br><br> Defendants. | CASE NO. CV 19-8978-MWF(ASx) <br><br> ORDER GRANTING STIPULATION TO DISMISSL ALL CLAIMS WITH PREJUDICE |

Pursuant to the parties' JOINT STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE (Docket No. 79) made herein and good cause appearing therefore, it is ordered as follows:

1. This matter in its entirety is dismissed with prejudice in exchange for a waiver of costs;

2. Each Party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: January 24, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge